UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                        :
TASHIA TASCHLER, et al.                      :
                        :
              Plaintiffs,             :
                        :        20-CV-2535 (JMF)
         -v-                   :
                        :        <u>ORDER</u>
J.P. MORGAN CHASE BANK, N.A., et al.,    :
                        :
              Defendants.        :
                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record during today's conference, Defendants' letter-motion to stay discovery pending resolution of the pending motion for summary judgment, *see* ECF No. 25, is GRANTED in part and DENIED in part.

      Defendants' letter-motion is granted to the extent that it seeks to stay all discovery with respect to Defendant JPMorgan Chase & Co. (the "Holding Company") until the motion for summary judgment, *see* ECF No. 32, is resolved. If, however, Plaintiffs later discover reason to believe that the Holding Company has information relevant to the issues raised in Defendants' motion for summary judgment, they may file a request to lift the stay.

      Defendants' letter-motion is denied to the extent that it seeks to stay all discovery with respect to Defendant JPMorgan Chase Bank, N.A. The Court concludes, however, that any such discovery shall be limited in the first instance to matters relevant to issues raised in the pending motion for summary judgment. Defendants need not respond to any pending discovery request until after the Court has adopted a new discovery schedule. The motion for summary judgment is held in abeyance until such discovery is completed.

      Accordingly, and as discussed, the parties are ORDERED to meet and confer regarding next steps. No later than **July 15, 2020**, the parties shall file a joint letter describing: (1) any dispute regarding the scope of discovery that remains after meeting and conferring; (2) a proposed schedule by which discovery related to the motion for summary judgment shall proceed; (3) a proposed briefing schedule following such discovery; (4) a proposed briefing schedule for the pending motion for fees and costs pursuant to Rule 41(d), *see* ECF No. 26; and (5) whether an additional conference is necessary to resolve any remaining dispute. The parties are further ORDERED to file, as an attachment to the joint letter, a Proposed Case Management Plan and Scheduling Order (mindful of the limited nature of discovery at present), the contents of which are described in the Order dated March 27, 2020. *See* ECF No. 7.

Finally, the initial pretrial conference scheduled for July 15, 2020 is canceled.

The Clerk of Court is directed to terminate ECF No. 25.

SO ORDERED.

Dated: July 8, 2020
New York, New York

_____
JESSE M. FURMAN
United States District Judge